## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ARCELORMITTAL TUBULAR PRODUCTS, MICHIGAN SEAMLESS TUBE, LLC, WEBCO INDUSTRIES, INC. AND ZEKELMAN INDUSTRIES, INC., <br><br>   Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>   Defendant. | SUMMONS <br><br> Court No. 24-00039 |

**TO:** The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano<br>
Clerk of the Court

1. <u>Name and Standing of Plaintiffs.</u>

    Plaintiffs in this action are ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, Webco Industries, Inc., and Zekelman Industries, Inc. (collectively, "Plaintiffs"). Moreover, Plaintiffs were parties to the proceeding that led to the determination being challenged. Accordingly, Plaintiffs are interested parties within the meaning of section 771(9)(C) of the Act. <u>See</u> 19 U.S.C. § 1677(9)(C). As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>

The contested determination is the U.S. Department of Commerce's (the "Department") final results in the fourth annual administrative review of the antidumping duty order on certain cold-drawn mechanical tubing of carbon and alloy steel ("cold-drawn mechanical tubing" or "CDMT") from Italy for the Period of Review, June 1, 2021, through May 31, 2022. See <u>Certain Cold-Drawn Mechanical Tubing of Carbon and Alloy Steel From Italy: Final Results of Antidumping Duty Administrative Review; 2021–2022</u>, 89 Fed. Reg. 1523 (Dep't Commerce Jan. 10, 2024) ("<u>Final Results</u>"). The determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the publication in the <u>Federal Register</u> of the <u>Final Results</u> and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).

3. <u>Date of determination</u>

The U.S. Department of Commerce's final determination was signed on January 3, 2024 and was published in the <u>Federal Register</u> on January 10, 2024.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The U.S. Department of Commerce's final determination was published in the <u>Federal Register</u> on January 10, 2024. See <u>Certain Cold-Drawn Mechanical Tubing of Carbon and Alloy Steel From Italy: Final Results of Antidumping Duty Administrative Review; 2021–2022</u>, 89 Fed. Reg. 1523 (Dep't Commerce Jan. 10, 2024).

<u>/s/ Melissa M. Brewer</u>
R. ALAN LUBERDA
MELISSA M. BREWER
MALIHA KHAN
aluberda@kelleydrye.com
mbrewer@kelleydrye.com
mkhan@kelleydrye.com
3050 K Street, N.W., Suite 400
Washington, D.C.  20007
(202) 342-8807

Counsel to Plaintiffs ArcelorMittal Tubular Products, Michigan Seamless Tube, LLC, Webco Industries, Inc., and Zekelman Industries, Inc.

Dated: February 9, 2024

## **SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

> Director, Civil Division
> Commercial Litigation Branch
> U.S. Department of Justice
> 1100 L Street, N.W., Room 12124
> Washington, D.C. 20530
>
> General Counsel
> U.S. Department of Commerce
> 14th Street & Constitution Avenue, N.W.
> Washington, D.C. 20230
>
> Attorney-In-Charge
> International Trade Field Office
> Commercial Litigation Branch
> U.S. Department of Justice
> 26 Federal Plaza
> New York, NY 10278-0001

                                                                                    The Honorable Mario Toscano
                                                                                    Clerk of the Court

Date:  February ___, 2024                         By:_____

CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

**ArcelorMittal Tubular Products, et al. v. United States**
**CIT Court No. 24-00039**

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, Melissa M. Brewer, hereby certify that on February 9, 2024, copies of the foregoing Summons, Form 5, Form 11, Forms 13, and Forms 17 were served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified mail, return receipt requested:

**UPON THE UNITED STATES**

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530

**UPON THE U.S. DEPARTMENT OF COMMERCE**

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 1874
Washington, DC 20230

**On behalf of Dalmine S.p.A.**

Kristina Zissis, Esq.
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Email:   kzissis@whitecase.com

**On behalf of European Commission**

Caitlin Hickey
Delegation of the European Union
2175 K St NW
Washington DC 20037
Email: caitlin.hickey@eeas.europa.eu

                                          /s/ Melissa M. Brewer
                                          MELISSA M. BREWER
                                          KELLEY DRYE & WARREN LLP