IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| ARCELORMITTAL TUBULAR PRODUCTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> DALMINE S.p.A., <br><br> Defendant-Intervenor. | Court No. 24-00039 |

## **ORDER**

Upon consideration of the defendant's unopposed motion for voluntary remand, it is hereby ORDERED that the motion is granted. The briefing schedule in this matter (ECF No. 34) is suspended. Defendant shall file the remand results within 90 days of this order. Within 14 days of the filing of the remand results, all parties shall submit a joint status report proposing further proceedings.

SO ORDERED.

Dated: September 27, 2024         *M. Miller Baker*
                                                   JUDGE M. MILLER BAKER