# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ARCELORMITTAL TUBULAR PRODUCTS; MICHIGAN SEAMLESS TUBE, LLC; WEBCO INDUSTRIES, INC.; and ZEKELMAN INDUSTRIES, INC., <br>    *Plaintiffs*, <br>v. <br>UNITED STATES, <br>    *Defendant*, <br>and <br>DALMINE S.p.A., <br>    *Defendant-Intervenor*. | Ct. No. 24-00039-MMB |

## JUDGMENT

For the reasons stated in Slip Opinion 25-121 (ECF 69), the court sustains the Department of Commerce's redetermination (ECF 44).

| | | |
|---|---|---|
| Dated: | September 15, 2025<br>New York, New York | /s/ *M. Miller Baker*<br>M. Miller Baker, Judge |